FILED
CLERK, U.S. DISTRICT COURT

FEB 16 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LORENZO JOSE ESTRADA,<br><br>Petitioner,<br><br>v.<br><br>MATTHEW MARTEL,<br><br>Respondent. | Case No. EDCV 09-00610 PA (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R"), *de novo*. Petitioner did not file any objections to the R&R.

IT IS ORDERED that:

1. The R&R is approved and adopted; both of the claims in the First Amended Petition ("FAP") are denied on the merits and the entire FAP is dismissed with prejudice.

3. The Clerk is directed to enter a Judgment dismissing this entire action with prejudice.

4. All motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: February 12, 2010

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE