UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LORENZO JOSE ESTRADA,<br><br>   Petitioner,<br><br>   v.<br><br>MATTHEW MARTEL,<br><br>   Respondent. | Case No. EDCV 09-00610 PA (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that the entire action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation and the Court's related Order approving and adopting the Report and Recommendation.

Dated: February 12, 2010

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE